UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ANDREW STAWICKI,<br><br>                Plaintiff,<br><br>  vs.<br><br>CLAYTON MEYERS and KITTITAS COUNTY CORRECTIONAL CENTER,<br><br>               Defendants. | NO: 1:23-CV-3167-TOR<br><br>ORDER OF DISMISSAL WITHOUT PREJUDICE |

    BEFORE THE COURT is the parties' Stipulation for Dismissal. ECF No. 3. The parties agree that all of Plaintiff's claims may be dismissed without prejudice and without any award of costs or fees to either party.

    The Court has reviewed the record and files herein and is fully informed.

    According to Rule 41(a)(1)(A)(ii), a plaintiff may dismiss an action by filing a stipulation signed by all parties who have appeared.

//

//

ORDER OF DISMISSAL WITHOUT PREJUDICE ~ 1

**ACCORDINGLY, IT IS HEREBY ORDERED:**

Pursuant to Rule 41(a)(1)(A)(ii) and the parties' stipulation, this action is **DISMISSED** without prejudice and without any award of costs or fees to either party.

The District Court Executive is directed to enter this Order and Judgment of Dismissal, furnish copies to the parties, and **CLOSE** the file.

DATED December 1, 2023.



THOMAS O. RICE
United States District Judge