AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Dec 01, 2023**

SEAN F. McAVOY, CLERK

ANDREW STAWICKI,　　　　　　　　　　　)
　　　　*Plaintiff*　　　　　　　　　　　　　　　　　　)
　　　　　　v.　　　　　　　　　　　　　　　　)　Civil Action No.　1:23-CV-3167-TOR
　　　　　　　　　　　　　　　　　　　　　　　　　)
CLAYTON MEYERS and KITTITAS　　　　　)
COUNTY CORRECTIONAL CENTER,
　　　　*Defendant*

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the **plaintiff** *(name)* _____ recover from the **defendant** *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ **other:**  Pursuant to Rule 41(a)(1)(A)(ii) and the parties' stipulation, this action is DISMISSED without prejudice and without any award of costs or fees to either party.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  THOMAS O. RICE

　　on the parties' Stipulation of Dismissal.  ECF No. 3.

Date:  December 1, 2023

　　　　　　　　　　　　　　　　　　　　　　　　　　　*CLERK OF COURT*

　　　　　　　　　　　　　　　　　　　　　　　　　　　SEAN F. McAVOY

　　　　　　　　　　　　　　　　　　　　　　　　　　　*s/ B. Fortenberry*
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*(By) Deputy Clerk*
　　　　　　　　　　　　　　　　　　　　　　　　　　　B. Fortenberry